# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Estate of Joseph Lopez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-421 |
| Matthew Hamilton, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff             .

Date:  06/06/2022

/s/ Ben H. Elson
*Attorney's signature*

Ben H. Elson IL Bar No. 6286106
*Printed name and bar number*

People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
*Address*

ben@peopleslawoffice.com
*E-mail address*

(773) 235-0070
*Telephone number*

(773) 235-6699
*FAX number*