IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| The ESTATE OF JOSEPH LOPEZ, by Administrator Joe Lopez, | ) ) ) | |
| Plaintiff, | ) ) | No. 22-cv-421 |
| v. | ) ) | Judge Loretta Copeland Biggs |
| Greensboro Police Department Officer MATTHEW HAMILTON, and the CITY OF GREENSBORO, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SPECIAL APPEARANCE

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff.

Date: July 8, 2022                            /s/ G. Flint Taylor

                                                           /s/ Graham Holt

| | |
|---|---|
| Graham Holt | G. Flint Taylor, IL Bar No. 2802058 |
| THE LAW OFFICE OF GRAHAM HOLT | PEOPLE'S LAW OFFICE |
| Post Office Box 41023 | 1180 N. Milwaukee Ave. |
| Greensboro, North Carolina 27404 | Chicago, Illinois 60642 |
| Phone: (336) 501-2001 | Phone: (773) 235-0070 |
| gholtpllc@gmail.com | Fax: (773) 235-6699 |
| | flinttaylor@peopleslawoffice.com |